

Norman Hanson & DeTroy, LLC
Attorneys at Law
Two Canal Plaza
P.O. Box 4600
Portland, ME  04112-4600

T 207.774.7000
F 207.775.0806
www.nhdlaw.com
bpattershall@nhdlaw.com

**Bradford A. Pattershall, Esq.**
Direct: 207.553.4702

April 15, 2025

Christa K. Berry, Clerk
United States District Court
156 Federal Street
Portland, ME  04101

Re: **Khaqan v. Town of Bucksport, et al.**
**Case Number:  1:23-cv-00162-JAW**

Dear Madam Clerk:

    I write to provide the Court with a status update of the matter of *Khaqan v. Town of Bucksport*, Docket No. AP-2021-0003, the Maine Rule of Civil Procedure 80B appeal that is currently pending in the Superior Court in Hancock County.  The Court required the parties to provide a status update of that case every 90 days in its January 13, 2025 order.

    The Town of Bucksport's counsel in the state court matter, Daniel Murphy, Esq., informed us that the state court case has been stayed by agreement to April 18, 2025.  Attorney Murphy indicated that Mr. Khaqan yesterday requested an additional stay to May 30, 2025, but Attorney Murphy does not yet know the Town's position on that request.  Mr. Khaqan is under contract to sell his motel in Bucksport.  According to Attorney Murphy, the buyer of Mr. Khaqan's property has requested an extension of time to close on the purchase.

    Thank you for providing this status update to the Court at your earliest convenience.  Please contact me if you have any questions.

Sincerely,

/s/  *Bradford A. Pattershall*

Bradford A. Pattershall

cc:  Randa Veilleux, MMA, Claim No. 221P1055