

Norman Hanson & DeTroy, LLC
Attorneys at Law
220 Middle Street
P.O. Box 4600
Portland, ME  04112-4600

T 207.774.7000
F 207.775.0806
www.nhdlaw.com
bpattershall@nhdlaw.com

**Bradford A. Pattershall, Esq.**
Direct: 207.553.4702

July 14, 2025

Christa K. Berry, Clerk
United States District Court
156 Federal Street
Portland, ME  04101

    Re:    **<u>Khaqan v. Town of Bucksport, et al.</u>**
             **Case Number:  1:23-cv-00162-JAW**

Dear Madam Clerk:

    I write to provide the Court with a status update of the matter of *Khaqan v. Town of Bucksport*, Docket No. AP-2021-0003, the Maine Rule of Civil Procedure 80B appeal that is currently pending in the Superior Court in Hancock County.  The Court required the parties to provide a status update of that case every 90 days in its January 13, 2025 order.

    The Town of Bucksport has moved for judgment on the pleadings in that case because the subject motel has been sold by Mr. Khaqan, rendering the claims moot.  Attorney Baldacci has opposed the entry of judgment in favor of the Town but has agreed that case may be dismissed because the sale of the motel renders the case moot.  I understand from the Town's counsel in that matter that the Court has yet to act to formally dismiss the case.  It remains on the docket pending action by the Court in light of the agreement of the parties to dismiss the case.  I have not been able to confer with Attorney Baldacci as to the status of this pending federal court case.

    Thank you for providing this status update to the Court at your earliest convenience.  Please contact me if you have any questions.

                        Sincerely,

                        /s/  *Bradford A. Pattershall*

                        Bradford A. Pattershall

cc:  Randa Veilleux, MMA, Claim No. 221P1055 (via email)