

Norman Hanson & DeTroy, LLC
Attorneys at Law
220 Middle Street
P.O. Box 4600
Portland, ME  04112-4600

T 207.774.7000
F 207.775.0806
www.nhdlaw.com
bpattershall@nhdlaw.com

**Bradford A. Pattershall, Esq.**
Direct: 207.553.4702

December 30, 2025

Christa K. Berry, Clerk
United States District Court
156 Federal Street
Portland, ME  04101

      Re:    <u>**Khaqan v. Town of Bucksport, et al.**</u>
              **Case Number:  1:23-cv-00162-JAW**

Dear Madam Clerk:

      I write to provide the Court with a status update of the matter of *Khaqan v. Town of Bucksport*, Docket No. AP-2021-0003, the Maine Rule of Civil Procedure 80B appeal that is currently pending in the Superior Court in Hancock County.  The Court's Order of October 15, 2025 required the parties to provide a status report on the Superior Court case by January 12, 2026 or within seven days of an order in the Superior Court.  Yesterday, we were informed by counsel for the Town of Bucksport in the Superior Court matter that the Superior Court granted the Town's Motion for Judgment on the Pleadings.  A true and accurate copy of the Superior Court's December 19, 2025 Order is attached as Exhibit A to this letter.

      Thank you for providing this status update to the Court at your earliest convenience.  Please contact me if you have any questions.

                                      Sincerely,

                                      /s/  *Bradford A. Pattershall*

                                      Bradford A. Pattershall

cc:  Randa Veilleux, MMA, Claim No. 221P1055 (via email)