| | |
|---|---|
| STATE OF MAINE<br>HANCOCK, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO.: AP-2021-0003 |

ASAD U. KHAQAN,

        Plaintiff / Petitioner,

v.

TOWN OF BUCKSPORT,

        Defendant / Respondent.

**ORDER GRANTING DEFENDANT TOWN OF BUCKSPORT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter came before the Court upon the Motion for Judgment on the Pleadings addressed to this Rule 80B Proceeding challenging a Dangerous Building Order issued by the Town of Bucksport's Town Council dated April 9, 2021 (the "Dangerous Building Order") addressed to the property and premises located at 196 U.S. Route 1, Bucksport, ME, Map 02, Lot 12 (the "Property"), which was owned by Plaintiff Asad Khaqan ("Plaintiff" or "Mr. Khaqan"), the Court having taken judicial notice of Deed dated April 29, 2025 filed in the Hancock County Registry of Deeds, Book 7382, Page 486, as well as Mr. Khaqan's requests to stay a trial of the facts in this proceeding so that he could close a sale of the Property, the Court takes notice and determines that the sale of the Property took place on or about April 29, 2025 and that Mr. Khaqan is no longer the owner of the Property at this time. Based on these changed events, Mr. Khaqan's Rule 80B Appeal challenging the Dangerous Building Order addressed to the Property is moot and no longer presents a justiciable controversy for the Court to determine with any practical effects from this proceeding that could flow to Mr. Khaqan, as non-owner of the Property. *Bureau of Employee Relations v. Maine Labor Relations Bd.,* 655 A.2d 326, 327 (Me.1995); *Halfway House, Inc. v. City of Portland,* 670 A.2d 1377, 1379–80 (Me. 1996) ("A case, however, may become

moot, and hence not justiciable, if the passage of time and the occurrence of events deprive the litigant of an ongoing stake in the controversy although the case raised a justiciable controversy at the time the complaint was filed.") (citing *Good Will Home Ass'n v. Erwin*, 285 A.2d 374 (Me.1971)). Accordingly, judgment on the pleadings is entered in favor of the Defendant Town of Bucksport and against Plaintiff Asad Khaqan in relation to all claims asserted by Plaintiff in his Rule 80B Appeal, which is dismissed with prejudice. *without costs*

The Clerk shall enter this Order and ~~Judgment on docket.~~

Dated: 12/19/25

_____
Justice, Maine Superior Court