UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ASAD U. KHAQAN,

    Plaintiff

v.

TOWN OF BUCKSPORT, LUKE
CHIAVELLI, PETER L. STEWART,
PAUL A. BISSONNETTE, EDWARD
RANKIN, JR., MARK B. EASTMAN,
STEVEN M. BISHOP, JAMES R.
MORRISON, and DANIEL M.
ORMSBY,

    Defendants

Case No.: 1:23-cv-00162-JAW

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel, hereby stipulate to the dismissal of all claims pending in the above-captioned matter, with prejudice and without costs to any party.

DATED: 2/16/2026

Joseph M. Baldacci, Esq.
*Attorney for Plaintiff*
Law Offices of Baldacci, Sullivan & Baldacci
P.O. Box 1423
Bangor, Maine 04402-1423
207.945.3333

DATED: 2/5/2025

/s/ Jonathan W. Brogan
Jonathan W. Brogan, Esq.
*Attorney for Defendants*
Norman, Hanson & DeTroy, LLC
P.O. Box 4600
Portland, ME 04112-4600
207.774.7000

1